**Motion Granted and Order filed May 17, 2013.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-13-00132-CV

———————

**K. R. THIAGARAJAN, Appellant**

**V.**

**SHARMA TADEPALLI, Appellees**

**&**

———————

## NO. 14-12-00133-CV

———————

**SHARMA TADEPALLI, Appellant**

**V.**

**THE SRI MEENAKSHI TEMPLE SOCIETY, Appellee**

---

**On Appeal from the 23rd District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 64983**

---

**ORDER**

On February 6, 2013, K. R. Thiagarajan filed a notice of appeal from the judgment signed November 9, 2012, and the appeal was assigned to this court under our appellate number 14-13-00132-CV. Also on February 6, 2013, Sharma Tadepalli filed a notice of appeal from the same judgment, which was assigned to this court under our appellate number 14-13-00133-CV. On April 26, 2013, Sharma Tadepalli filed a motion to consolidate the related appeals. The motion is **GRANTED** and we issue the following order:

We order the appeals pending under our appellate case numbers 14-13-00132-CV and 14-13-00133-CV **CONSOLIDATED.**

Further, in appeal 14-13-00132-CV, appellee's brief was due May 13, 2013.

In appeal 14-12-00133-CV, appellee's brief is due June 6, 2013.

PER CURIAM

Panel consists of Justices Boyce, Jamison, and Busby.